# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIKHAIL IVANOVICH SHAPOVALOV, | : | Civil No. 1:21-CV-0900 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| IMMIGRATION & CUSTOMS ENFORCEMENT AGENCY, *et al.*, | : | |
| Respondents. | | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 23rd day of July, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT** the petition for writ of habeas corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania